IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENERAL CABLE CORP., : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 10-1958 |
| : | |
| INSURANCE CO. OF NORTH : | |
| AMERICA, et al., : | |
| Defendants. : | |
| : | |

# O R D E R

**AND NOW**, this 16th day of July, 2013, Plaintiff having failed to indicate how, if at all, it wishes to proceed, it is hereby **ORDERED** that the Complaint is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(b).  See <u>Azubuko v. Bell Nat. Org.</u>, 243 F. App'x 728, 729 (3d Cir. 2007) ("A district court has the authority to dismiss a suit *sua sponte* for failure to prosecute by virtue of its inherent powers and under [Rule] 41(b).").

The Clerk of Court shall remove this matter from the Civil Suspense File and mark this case **CLOSED** for statistical purposes.

                                                **AND IT IS SO ORDERED.**

                                                */s/ Paul S. Diamond*
                                                _____
                                                Paul S. Diamond, J.